**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter  7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MW INDUSTRIAL DESIGN INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-4017568** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3510 Standard St. Bldg 3**<br>**Bakersfield, CA 93308**<br>Number, Street, City, State & ZIP Code | **4208 Rosedale Hwy**<br>**Suite 302-217**<br>**Bakersfield, CA 93308**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kern**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    MW INDUSTRIAL DESIGN INC.    Case number (*if known*) _____
_____
Name

7.  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor    **MW INDUSTRIAL DESIGN,INC.**      Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Scott Austin Fillmore | Relationship | **100% Shareholder** |
|---|---|---|---|
| District | **Eastern**   When   **5/27/22** | Case number, if known | **2020-10902** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

▆ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2023**
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Scott Fillmore**                              **Scott Fillmore**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ D. Max Gardner**                         Date **March 31, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**D. Max Gardner 132489**
Printed name

**D. Max Gardner, Attorney at Law**
Firm name

**930 Truxtun Avenue**
**Suite #203**
**Bakersfield, CA 93301**
Number, Street, City, State & ZIP Code

Contact phone    **661-888-4335**      Email address    **dmgardner@dmaxlaw.com**

**132489 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MW INDUSTRIAL DESIGN INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2023**          X **/s/ Scott Fillmore**
                                            Signature of individual signing on behalf of debtor

                                            **Scott Fillmore**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name **MW INDUSTRIAL DESIGN INC.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................... $ 0.00

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $ 3,733.42

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 310,345.98

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b                                                                          $ 314,079.40

**Fill in this information to identify the case:**

Debtor name    __MW INDUSTRIAL DESIGN INC.__

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.
   **All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Debtor    __MW INDUSTRIAL DESIGN INC._____        Case number (If known) _____
          Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Former leasehold interest at 4208 Rosedale Highway 3510 Standard St. Unit C,  Bakersfield, CA 93308. Business shut down at the end of 2020. No tenant improvements.** | Leasehold | $0.00 | | $0.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

|  |
|---|
| _____ $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    __MW INDUSTRIAL DESIGN INC._____     Case number *(If known)* _____
          Name

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    __MW INDUSTRIAL DESIGN INC._____          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $0.00 |

Fill in this information to identify the case:

Debtor name  **MW INDUSTRIAL DESIGN INC.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name    **MW INDUSTRIAL DESIGN INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Department of Tax and Fee Adm**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $624.96 | $624.96 |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax** | | |
| Last 4 digits of account number **3712**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**California Department of Tax and Fee Adm**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,108.46 | $3,108.46 |
| Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**Sales and Use Tax 2021** | | |
| Last 4 digits of account number **3712**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **MW INDUSTRIAL DESIGN INC.**
_____   Case number (if known) _____
        Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** | Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred
_____

Basis for the claim:
**For notification purposes**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** | Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred
_____

Basis for the claim:
**For notification purposes**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** | Priority creditor's name and mailing address
**State of California**
**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred
**2020**

Basis for the claim:
**Tax year 12/20**

Last 4 digits of account number **5000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                        **Amount of claim**

**3.1** | Nonpriority creditor's name and mailing address
**Alpha Tech & Alarm Systems, Inc.**
**4103 Buck Owens Blvd**
**Bakersfield, CA 93308**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,165.00

Date(s) debt was incurred **2021 and forward**

Basis for the claim: **Business purchases**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**Alta One**
**P.O. Box 1209**
**Ridgecrest, CA 93556**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,800.00

Date(s) debt was incurred _____

Basis for the claim: **Checking account liability**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **MW INDUSTRIAL DESIGN INC.**                    Case number (if known)  _____
          _____
          Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,462.64 |
|---|---|---|---|

**American Express**
200 Vesey St.
New York, NY 10285

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,125.94 |
|---|---|---|---|

**Brian Miller**
7324 Pinecastle Rd.
Falls Church, VA 22043

Date(s) debt was incurred  2021 and forward

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unfulfilled Etsy business order

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $919.73 |
|---|---|---|---|

**Capital One**
P.O. Box 71083
Charlotte, NC 28272

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,521.00 |
|---|---|---|---|

**ConeRight Management**
c/o Osborn/Lenora
200 E Park St.
McCall, ID 83638

Date(s) debt was incurred  2021 and forward

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unfulfilled Etsy business order

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,211.03 |
|---|---|---|---|

**Daniel Lopez**
6213 E. Mono St.
Fresno, CA 93727

Date(s) debt was incurred  2021 and forward

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Discover**
P.O. Box 30943
Salt Lake City, UT 84130

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,043.02 |
|---|---|---|---|

**Ellijah Hall**
55 W 116th St. Ste 457
New York, NY 10026

Date(s) debt was incurred  2021 and forward

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unfulfilled Etsy business order

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
Etsy
55 Washington St. Suite 512
Brooklyn, NY 11201

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    $10,945.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor payments to cover unfulfilled orders**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
Fiberglass Coatings Inc.
4301 A 34th St
Saint Petersburg, FL 33714

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    $43,224.58
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address
Heidi McCluskey
16483 Bedington Dr.
Linden, MI 48451

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    $4,907.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unfulfilled Etsy business order**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
Intuit QuickBooks Payments Team
2800 E Commerce Center Placed
Tucson, AZ 85706

Date(s) debt was incurred **2020 and forward**

Last 4 digits of account number **6887**

As of the petition filing date, the claim is: *Check all that apply.*                                                    $15,607.75
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
Jim's Supply Co., Inc
3530 Buck Owens Blvd
Bakersfield, CA 93308

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number **2349**

As of the petition filing date, the claim is: *Check all that apply.*                                                    $4,177.52
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit purchases for business supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
Karrie Camp
9158 Laramie Ave.
Bakersfield, CA 93314

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
Lee Coleman
3 Fair Acres Lane
Mystic, CT 06355

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                    $3,277.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unfulfilled Shopify business order**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **MW INDUSTRIAL DESIGN INC.**                    Case number (if known) _____
          Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,199.00 |
|---|---|---|---|

Liza Rios
8340 E Baseline Rd Apt 1010
Mesa, AZ 85209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number ___

Basis for the claim: **Unfulfilled Etsy business order**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,819.00 |
|---|---|---|---|

ON Deck
1400 Broadway
25th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020 and forward**

Last 4 digits of account number **8126**

Basis for the claim: **Business cash loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

PG&E
Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.58 |
|---|---|---|---|

Rachel Brown
692 Mormon Springs Road
Crestline, CA 92325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number ___

Basis for the claim: **Unfulfilled Etsy business order**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,778.79 |
|---|---|---|---|

Robert Rozier
603 Hidden Lake Drive
Cherry Log, GA 30522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number ___

Basis for the claim: **Unfulfilled Etsy business order**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

Rosedale-Rio Bravo WSD
849 Allen Road
Bakersfield, CA 93314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021 and forward**

Last 4 digits of account number ___

Basis for the claim: **Business purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,432.00 |
|---|---|---|---|

Shopify
33 New Montgomery St. #750
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020 and forward**

Last 4 digits of account number ___

Basis for the claim: **Unfulfilled business orders paid by vendor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,656.51

Siri Miller
3364 Opal Terrace
Bellingham, WA 98226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021 and forward**

Basis for the claim: **Unfulfilled Etsy business order**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,000.00

**Small Business Administration**
801 R. St Suite 201
Fresno, CA 93721

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **EIDL loan**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,000.00

**Small Business Administration**
801 R. St Suite 201
Fresno, CA 93721

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Small business loan for MS Industrial Design**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,875.00

**T Force Freight**
1000 Semmes Ave.
PO Box 1216
Richmond, VA 23218

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business freight/shipping charges**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.30

**Vanessa Isaacs**
205 Demonbreun Street 2404
Nashville, TN 37201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021 and forward**

Basis for the claim: **Unfulfilled Shopify business order**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,024.77

**Victoria Cheung**
2000 Palm Ave Apt 1
San Mateo, CA 94403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021 and forward**

Basis for the claim: **Unfulfilled Etsy order**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Euler Hermes Collection<br>800 Red Brook Blvd.<br>Suite 400 C<br>Owings Mills, MD 21117 | Line 3.11<br>☐ Not listed. Explain ____ | 0273 |
| 4.2 | Greenberg, Grant & Richards<br>5858 Westheimer Ste 500<br>Houston, TX 77057 | Line 3.27<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Gurstel Law Firm<br>3914 Murphy Canyon Rd. #A125<br>San Diego, CA 92123 | Line 3.18<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Quickbooks<br>2632 Marine Way<br>Mountain View, CA 94043 | Line 3.13<br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,733.42 |
| 5b. Total claims from Part 2 | 5b. + | $ 310,345.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 314,079.40 |

Fill in this information to identify the case:

Debtor name      **MW INDUSTRIAL DESIGN INC.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **MW INDUSTRIAL DESIGN INC.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor                                    *Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Scott Fillmore | 4208 Rosedale Highway Ste 302-317 Bakersfield, CA 93308 | Alpha Tech & Alarm Systems, Inc. | ☐ D ____ ☑ E/F **3.1** ☐ G ____ |
| 2.2 | Scott Fillmore | | Alpha Tech & Alarm Systems, Inc. | ☐ D ____ ☑ E/F **3.1** ☐ G ____ |
| 2.3 | Scott Fillmore | | Alta One | ☐ D ____ ☑ E/F **3.2** ☐ G ____ |
| 2.4 | Scott Fillmore | | American Express | ☐ D ____ ☑ E/F **3.3** ☐ G ____ |
| 2.5 | Scott Fillmore | | Brian Miller | ☐ D ____ ☑ E/F **3.4** ☐ G ____ |

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                    *Column 2:* Creditor

| 2.6 | Scott Fillmore | California Department of Tax and Fee Adm | ☐ D _____ ☑ E/F __2.1__ ☐ G _____ |
|---|---|---|---|
| 2.7 | Scott Fillmore | California Department of Tax and Fee Adm | ☐ D _____ ☑ E/F __2.2__ ☐ G _____ |
| 2.8 | Scott Fillmore | Capital One | ☐ D _____ ☑ E/F __3.5__ ☐ G _____ |
| 2.9 | Scott Fillmore | ConeRight Management | ☐ D _____ ☑ E/F __3.6__ ☐ G _____ |
| 2.10 | Scott Fillmore | Daniel Lopez | ☐ D _____ ☑ E/F __3.7__ ☐ G _____ |
| 2.11 | Scott Fillmore | Discover | ☐ D _____ ☑ E/F __3.8__ ☐ G _____ |
| 2.12 | Scott Fillmore | Ellijah Hall | ☐ D _____ ☑ E/F __3.9__ ☐ G _____ |
| 2.13 | Scott Fillmore | Etsy | ☐ D _____ ☑ E/F __3.10__ ☐ G _____ |

Debtor    MW INDUSTRIAL DESIGN INC.        Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                              *Column 2:* Creditor

| | Codebtor | Creditor | D / E-F / G |
|---|---|---|---|
| 2.14 | Scott Fillmore | Fiberglass Coatings Inc. | ☐ D _____ <br> ■ E/F **3.11** <br> ☐ G _____ |
| 2.15 | Scott Fillmore | Franchise Tax Board | ☐ D _____ <br> ■ E/F **2.3** <br> ☐ G _____ |
| 2.16 | Scott Fillmore | Heidi McCluskey | ☐ D _____ <br> ■ E/F **3.12** <br> ☐ G _____ |
| 2.17 | Scott Fillmore | Internal Revenue Service | ☐ D _____ <br> ■ E/F **2.4** <br> ☐ G _____ |
| 2.18 | Scott Fillmore | Intuit QuickBooks Payments Team | ☐ D _____ <br> ■ E/F **3.13** <br> ☐ G _____ |
| 2.19 | Scott Fillmore | Jim's Supply Co., Inc | ☐ D _____ <br> ■ E/F **3.14** <br> ☐ G _____ |
| 2.20 | Scott Fillmore | Karrie Camp | ☐ D _____ <br> ■ E/F **3.15** <br> ☐ G _____ |
| 2.21 | Scott Fillmore | Lee Coleman | ☐ D _____ <br> ■ E/F **3.16** <br> ☐ G _____ |

Official Form 206H            Schedule H: Your Codebtors           

| Debtor | MW INDUSTRIAL DESIGN INC. | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| 2.22 | Scott Fillmore | Liza Rios | ☐ D _____ <br> ■ E/F ___3.17___ <br> ☐ G _____ |
|---|---|---|---|
| 2.23 | Scott Fillmore | ON Deck | ☐ D _____ <br> ■ E/F ___3.18___ <br> ☐ G _____ |
| 2.24 | Scott Fillmore | PG&E | ☐ D _____ <br> ■ E/F ___3.19___ <br> ☐ G _____ |
| 2.25 | Scott Fillmore | Rachel Brown | ☐ D _____ <br> ■ E/F ___3.20___ <br> ☐ G _____ |
| 2.26 | Scott Fillmore | Robert Rozier | ☐ D _____ <br> ■ E/F ___3.21___ <br> ☐ G _____ |
| 2.27 | Scott Fillmore | Rosedale-Rio Bravo WSD | ☐ D _____ <br> ■ E/F ___3.22___ <br> ☐ G _____ |
| 2.28 | Scott Fillmore | Shopify | ☐ D _____ <br> ■ E/F ___3.23___ <br> ☐ G _____ |
| 2.29 | Scott Fillmore | Siri Miller | ☐ D _____ <br> ■ E/F ___3.24___ <br> ☐ G _____ |

Debtor    MW INDUSTRIAL DESIGN INC.                          Case number *(if known)*    _____

 **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | Scott Fillmore | Small Business Administration | ☐ D _____  ■ E/F __3.25__  ☐ G _____ |
| 2.31 | Scott Fillmore | Small Business Administration | ☐ D _____  ■ E/F __3.26__  ☐ G _____ |
| 2.32 | Scott Fillmore | State of California | ☐ D _____  ■ E/F __2.5__  ☐ G _____ |
| 2.33 | Scott Fillmore | T Force Freight | ☐ D _____  ■ E/F __3.27__  ☐ G _____ |
| 2.34 | Scott Fillmore | Vanessa Isaacs | ☐ D _____  ■ E/F __3.28__  ☐ G _____ |
| 2.35 | Scott Fillmore | Victoria Cheung | ☐ D _____  ■ E/F __3.29__  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    MW INDUSTRIAL DESIGN INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $324,276.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Debtor    MW INDUSTRIAL DESIGN INC.          Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| * | Broken CDC machine and two bench saws, various wood samples, removed by landlord. | July, 2022 | $0.00 |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    **MW INDUSTRIAL DESIGN INC.**      Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | D. Max Gardner<br>930 Truxtun Ave.,<br>Suite 203<br>Bakersfield, CA 93301 | | March, 2022 | $3,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Third party | 1990's CAT Forklift in poor condition. Proceeds used to close business and pay misc business expenses. | May, 2022 | $3,500.00 |
| | Relationship to debtor<br>None | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    MW INDUSTRIAL DESIGN INC.        Case number *(if known)*

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    MW INDUSTRIAL DESIGN INC.                    Case number *(if known)*

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Integrity Bookkeeping Services, Inc.<br>2218 Brundage Lane<br>Bakersfield, CA 93304 | 2020-2021 |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**                                          **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Fillmore | 4208 Rosedale Highway Suite 302 Bakersfield, CA 93304 | Sole officer and director | 100% Shareholder |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Clint Charman | 417 Corte Mismo Bakersfield, CA 93314 | Former shareholder | 2020-2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    MW INDUSTRIAL DESIGN INC.                    Case number *(if known)*_____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                         Employer Identification number of the pension
                                                 fund

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 31, 2023__

__/s/ Scott Fillmore__                          __Scott Fillmore__
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **MW INDUSTRIAL DESIGN INC.**             Case No. _____

Debtor(s)            Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 31, 2023**
*Date*

**/s/ D. Max Gardner**
**D. Max Gardner 132489**
*Signature of Attorney*
**D. Max Gardner, Attorney at Law**
**930 Truxtun Avenue**
**Suite #203**
**Bakersfield, CA 93301**
**661-888-4335  Fax: 661-591-4186**
**dmgardner@dmaxlaw.com**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re
     MW INDUSTRIAL DESIGN INC.

)
)
)
)
)
)
)
_____ )

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     <u>**March 31, 2023**</u>           <u>/s/ Scott Fillmore</u>
                                                       Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
<u>Mailing Address:</u>
501 I Street, Suite 3-200
Sacramento, CA 95814

<u>Physical Address:</u>
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Alpha Tech & Alarm Systems, Inc.
4103 Buck Owens Blvd
Bakersfield, CA 93308


Alta One
P.O. Box 1209
Ridgecrest, CA 93556


American Express
200 Vesey St.
New York, NY 10285


Brian Miller
7324 Pinecastle Rd.
Falls Church, VA 22043


California Department of Tax and Fee Adm
PO Box 942879
Sacramento, CA 94279


Capital One
P.O. Box 71083
Charlotte, NC 28272


ConeRight Management
c/o Osborn/Lenora
200 E Park St.
McCall, ID 83638


Daniel Lopez
6213 E. Mono St.
Fresno, CA 93727


Discover
P.O. Box 30943
Salt Lake City, UT 84130


Ellijah Hall
55 W 116th St. Ste 457
New York, NY 10026


Etsy
55 Washington St. Suite 512
Brooklyn, NY 11201

Euler Hermes Collection
800 Red Brook Blvd.
Suite 400 C
Owings Mills, MD 21117


Fiberglass Coatings Inc.
4301 A 34th St
Saint Petersburg, FL 33714


Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Greenberg, Grant & Richards
5858 Westheimer Ste 500
Houston, TX 77057


Gurstel Law Firm
 3914 Murphy Canyon Rd. #A125
San Diego, CA 92123


Heidi McCluskey
16483 Bedington Dr.
Linden, MI 48451


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit QuickBooks Payments Team
2800 E Commerce Center Placed
Tucson, AZ 85706


Jim's Supply Co., Inc
3530 Buck Owens Blvd
Bakersfield, CA 93308


Karrie Camp
9158 Laramie Ave.
Bakersfield, CA 93314


Lee Coleman
3 Fair Acres Lane
Mystic, CT 06355

Liza Rios
8340 E Baseline Rd Apt 1010
Mesa, AZ 85209


ON Deck
1400 Broadway
25th Floor
New York, NY 10018


PG&E
Box 997300
Sacramento, CA 95899-7300


Quickbooks
2632 Marine Way
Mountain View, CA 94043


Rachel Brown
692 Mormon Springs Road
Crestline, CA 92325


Robert Rozier
603 Hidden Lake Drive
Cherry Log, GA 30522


Rosedale-Rio Bravo WSD
849 Allen Road
Bakersfield, CA 93314


Scott Fillmore
4208 Rosedale Highway
Ste 302-317
Bakersfield, CA 93308


Scott Fillmore


Shopify
33 New Montgomery St. #750
San Francisco, CA 94105


Siri Miller
3364 Opal Terrace
Bellingham, WA 98226

Small Business Administration
801 R. St Suite 201
Fresno, CA 93721


State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


T Force Freight
1000 Semmes Ave.
PO Box 1216
Richmond, VA 23218


Vanessa Isaacs
205 Demonbreun Street 2404
Nashville, TN 37201


Victoria Cheung
2000 Palm Ave Apt 1
San Mateo, CA 94403

# United States Bankruptcy Court
### Eastern District of California

In re   **MW INDUSTRIAL DESIGN INC.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MW INDUSTRIAL DESIGN INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2023**
_____
Date

**/s/ D. Max Gardner**
_____
**D. Max Gardner 132489**
Signature of Attorney or Litigant
Counsel for   **MW INDUSTRIAL DESIGN INC.**
**D. Max Gardner, Attorney at Law**
**930 Truxtun Avenue**
**Suite #203**
**Bakersfield, CA 93301**
**661-888-4335 Fax:661-591-4186**
**dmgardner@dmaxlaw.com**